FILED

2022 DEC -2 AM 9: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER **MJ 22-04734**

UNITED STATES OF AMERICA    PLAINTIFF(S)

v.

MARIO ISABEL CRUZ- CALIX

DEFENDANT(S).

4:21- MJ-70900- MAG

FILED UNDER SEAL

### DECLARATION RE
### OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: __CRIMINAL COMPLAINT__
in the __NORTHERN__ District of __CALIFORNIA__ on __MAY 24, 2021__
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about __APRIL 21, 2021 TO MAY 19, 2021__
in violation of Title __21__ U.S.C., Section(s) __846, 841(b)(1)(B)__
to wit: __CONSPIRACY TO DISTRIBUTE MORE THAN 40 GRAMS OF FENTANYL.__

A warrant for defendant's arrest was issued by: __Hon. KANDIS A. WESTMORE, U.S. MAGISTRATE JUDGE__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/2/22__
                Date

_____
Signature of Agent

_____
__FBI__
Agency

__JUSTIN FRANCIS__
Print Name of Agent

__TFO__
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT