Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov

FILED

2022 DEC -2 AM 9: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

JB

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA <br> V. <br><br> Mario Isabel Cruz-Calix <br> USMS# _____ | PLAINTIFF <br><br><br> DEFENDANT | CASE NUMBER: 4:21-MJ-70966-MAG <br><br> REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

**MJ 22-04734**

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest:  10/28/2022 0830                              ☒ AM   ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4.  Charges under which defendant has been booked:

   Title 21 841(1)(b)(B)  Conspiracy to distribute mora than 40 grams of fentanyl.

5.  Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6.  Interpreter Required:   ☐ No   ☒ Yes   Language:  SPANISH

7.  Year of Birth: 1995

8.  Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____                        Phone Number: _____

9.  Name of Pretrial Services Officer notified:  Unknown

10. Remarks (if any): SUBJECT IS BEING TRANSPORT FROM SLOCJ TO MDC. WILL CALL WHEN HE ARRIVES

11. Name:  JUSTIN FRANKAS                        (please print)

12. Office Phone Number: 480-286-5152

13. Agency: FBI

14. Signature: _____

15. Date: 12/2/22

CR-64 (06/20)                    REPORT COMMENCING CRIMINAL ACTION